In re Eckart.

In re Eckart.

*September 26, 1893.*

Habeas corpus: *Erroneous judgment.*

Where, under an information charging, generally, wilful and felonious murder with malice aforethought, a simple verdict of guilty is rendered, not specifying any degree, a judgment thereon is erroneous, but there is no jurisdictional defect authorizing the discharge of the prisoner on *habeas corpus.*

Petition for a writ of *Habeas Corpus.*

Winslow, J.   The petitioner was tried for murder, April 10, 1878, upon an information charging, generally, wilful and felonious murder with malice aforethought. A simple verdict of guilty was rendered, not specifying any degree, upon which he was sentenced to imprisonment for life. He now asks for a writ of *habeas corpus,* and for his discharge from imprisonment thereon, because he claims that

no judgment could lawfully be pronounced on the verdict, under the law as settled in *Hogan v. State*, 30 Wis. 428, and *Allen v. State, ante*, p. 22.  It seems that the judgment was erroneous under these cases, but that fact does not authorize his discharge upon *habeas corpus*.  The court had jurisdiction of the person and of the offense, but made a mistake in the judgment.  *Habeas corpus* reaches only jurisdictional defects, and there is no such defect here.  The case is ruled by the case of *In re Graham*, 74 Wis. 450.

*By the Court.*— Writ denied.